UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINCARE INC.,

                Plaintiff,

        Case No.:8:22-cv-00918-MSS-TGW

v.

SRETEN MARKOVIC, a/k/a SAM MARKOVIC,

                Defendant.

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO COMPLAINT**

COMES NOW, Defendant, SRETEN MARKOVIC, a/k/a SAM MARKOVIC, by and through undersigned counsel and hereby files this Unopposed Motion for Enlargement of Time, and as grounds state as follows:

1. Plaintiff filed their Complaint on April 19, 2022.

2. Defendant, SRETEN MARKOVIC, a/k/a SAM MARKOVIC, was duly served with the initial pleadings on or about April 21, 2022, with the Complaint and Summons, the Response to which is due on May 11, 2022.

3. The undersigned has only recently been retained to represent Defendant in this matter.

4. As such, undersigned counsel respectfully requests a twenty-one (21) day enlargement of time up to and including **May 31, 2022**.

5. The instant Motion is filed in good faith so as to adequately preserve the rights of the Defendant and not for the purposes of undue delay or prejudice.

6.      The undersigned counsel has communicated with counsels for Plaintiff, Kenneth G. Turkel, Esq. and David A. Hayes, Esq., who have agreed to an extension of time to **May 31, 2022** and have no objection to the relief being sought.

WHEREFORE, Defendant, SRETEN MARKOVIC, a/k/a SAM MARKOVIC, respectfully requests this Honorable Court enter an Order Granting Defendant's Motion for Enlargement of time, giving said Defendant twenty-one (21) days, up to and including **May 31, 2022**, within which to file responses to the Plaintiff's Complaint, and granting such other and further relief as the Court deems just and proper.

## LOCAL RULE 3.01(G) CERTIFICATION

I HEREBY CERTIFY that Rashida Willhoit has conferred with the opposing counsels, Kenneth G. Turkel, Esq. and David A. Hayes, Esq., via email and all parties agree to the Motion for Enlargement of Time.

Dated this May 5, 2022.

                                               /s/ Rashida L. Willhoit_
                                             RASHIDA L. WILLHOIT
                                             Florida Bar No.: 093582
                                             GEGAN LAW OFFICE
                                             1005 N. Marion Street
                                             Floridian Legal Service Bldg.
                                             Tampa, FL 33602
                                             Telephone: (813) 248-8900
                                             Facsimile: (727) 471-0616
                                             Emails: rashida.willhoit@geganoffice.com
                                             Secondary: pamela.calvert@geganoffice.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 5, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to counsel of record.

                                       */s/ Rashida L. Willhoit*
                                       RASHIDA L. WILLHOIT
                                       Florida Bar No.: 093582