UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINCARE INC.,

    Plaintiff,

Case No.: 8:22-cv-00918-MSS-TGW

v.

SRETEN MARKOVIC, a/k/a SAM MARKOVIC,

    Defendant.

_____/

## **PLAINTIFF'S WITNESS LIST**

Plaintiff, Lincare Inc., by counsel and pursuant to this Court's Order dated October 5, 2022 [Doc. 25], identifies the following witnesses that may be called at the hearing on Plaintiff's Motion for Preliminary Injunction scheduled for November 1, 2022 at 2:00 pm [Doc. 30]:

1.     Gregory McCarthy
2.     Sreten Markovic a/k/a Sam Markovic
3.     Lincare Records Custodian
4.     Any and all witnesses identified by Defendant
5.     Any rebuttal witness as needed

*/s/ Kenneth G. Turkel*
Kenneth G. Turkel – FBN 867233
E-mail: kturkel@tcb-law.com
David A. Hayes – FBN 096657
E-mail: dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, FL 33602
Phone: (813) 834-9191
Fax: (813) 443-2193
*Attorneys for Lincare Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 14, 2022, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

> */s/ Kenneth G. Turkel*
> Attorney