UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINCARE INC.,

    Plaintiff,                                  Case No.: 8:22-cv-00918-MSS-TGW

v.

SRETEN MARKOVIC, a/k/a
SAM MARKOVIC,

    Defendant.
_____/

## **PLAINTIFF'S EXHIBIT LIST**

Plaintiff, Lincare Inc. ("Lincare"), by counsel and pursuant to this Court's Order dated October 5, 2022 [Doc. 25], identifies the following exhibits that may be offered as evidence at the hearing on Plaintiff's Motion for Preliminary Injunction scheduled for November 1, 2022 at 2:00 pm [Doc. 30]:

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | | | Markovic / Lincare Employment Agreement dated February 1, 2019 [Doc. 1-1] |
| 2 | | | | | Posts from SuperCare's social media pages with pictures from its "Leadership Quarterly Business Review" [Doc. 22-1] |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 3 | | | | | Map printout of Lincare's locations |
| 4 | | | | | Map printout of SuperCare's locations |
| 5 | | | | | Email from C. Teufel to Markovic and others dated December 2, 2018 re: training |
| 6 | | | | | Email from C. Teufel to Markovic and others dated January 7, 2019 re: training |
| 7 | | | | | Markovic's Growth and Profitability Plan (redacted) |
| 8 | | | | | Transcript of certain training Markovic received at Lincare |
| 9 | | | | | Email from C. Teufel to Markovic dated April 1, 2022 re: P3 Contract (redacted) |
| 10 | | | | | Printout of Sam Markovic's LinkedIn Profile |
| 11 | | | | | Email from Sam Markovic dated January 28, 2022 re: report request |

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections/ Stipulated Admissions | Description of Exhibit |
|---|---|---|---|---|---|
| 12 | | | | | ***Operations Area Management Training |
| 13 | | | | | *** The Funnel sales training handout |
| 14 | | | | | ***Regional Manager Training – Selling & Managing the Lincare Way |
| 15 | | | | | ***Business Intelligence Portal Operations Report List |
| | | | | | Any material documents in possession of Defendant or any third party that may come into Lincare's possession prior to the hearing. |
| | | | | | Any and all exhibits identified and/or relied upon by Defendant |
| | | | | | Any and all rebuttal exhibits as necessary |

\*\*\* These potential exhibits contain trade secret and/or confidential business information that cannot be redacted in a manner such that the potential exhibit would still be in a usable form. Lincare intends on filing a motion to ask the Court to accept these potential exhibits under seal at the hearing in the event they are offered as evidence. However, if adequate protections are not in place to protect the confidential nature of these documents, then Lincare reserves the right to withdraw these exhibits and/or does not intend on offering them as evidence.

/s/ Kenneth G. Turkel
Kenneth G. Turkel – FBN 867233
E-mail:  kturkel@tcb-law.com
David A. Hayes – FBN 096657
E-mail:  dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, FL  33602
Phone: (813) 834-9191
Fax: (813) 443-2193
*Attorneys for Lincare Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2022, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

/s/ Kenneth G. Turkel
Attorney