UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINCARE INC.,

    Plaintiff,

v.

SRETEN MARKOVIC, a/k/a SAM MARKOVIC,

    Defendant.

Case No.: 8:22-cv-00918-MSS-TGW

## DEFENDANT'S EXHIBIT LIST

Defendant, SRETEN MARKOVIC, a/k/a SAM MARKOVIC, by counsel and pursuant to this Court's Order dated October 5, 2022 [Doc. 25], identifies the following exhibits that may be offered as evidence at the hearing on Plaintiff's Motion for Preliminary Injunction scheduled for November 1, 2022 at 2:00 pm [Doc. 30]

1. Declaration Of Sreten Markovic In Support Of Memorandum Opposition To Plaintiff's Motion For Preliminary Injunction.

2. Any and all exhibits by the Plaintiff.

October 14, 2022.

    /s/ Rashida L. Willhoit
    RASHIDA L. WILLHOIT, ESQ.
    Florida Bar No.: 093582
    GEGAN LAW OFFICE
    1005 N. Marion Street
    Floridan Legal Service Bldg.
    Tampa, FL 33602
    Telephone: (813) 248-8900
    Email: rashida.willhoit@geganoffice.com
    Secondary: pamela.calvert@geganoffice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 14, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to counsel of record.

/s/ Rashida L. Willhoit
RASHIDA L. WILLHOIT, ESQ.
FBN: 093582