UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINCARE INC.,

                      Plaintiff,

         v.

SRETEN MARKOVIC, a/k/a SAM
MARKOVIC,

                    Defendant.

Case No.: 8:22-cv-00918-MSS-TGW

## DEFENDANT'S WITNESS LIST

      Defendant, SRETEN MARKOVIC, a/k/a SAM MARKOVIC, by counsel and pursuant to this Court's Order dated October 5, 2022 [Doc. 25], identifies the following witness(es) that may be called at the hearing on Plaintiff's Motion for Preliminary Injunction scheduled for November 1, 2022 at 2:00 pm [Doc. 30]

1. Sreten Markovic

2. Any and all witnesses called by the Plaintiff

3. Any and all rebuttal witnesses

October 14, 2022.

                    /s/ Rashida L. Willhoit
                    RASHIDA L. WILLHOIT, ESQ.
                    Florida Bar No.: 093582
                    GEGAN LAW OFFICE
                    1005 N. Marion Street
                    Floridan Legal Service Bldg.
                    Tampa, FL 33602
                    Telephone: (813) 248-8900
                    Email: rashida.willhoit@geganoffice.com
                    Secondary: pamela.calvert@geganoffice.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 14, 2022, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send email notification of such filing to counsel of record.

/s/ Rashida L. Willhoit
RASHIDA L. WILLHOIT, ESQ.
FBN: 093582