UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINCARE INC.,

    Plaintiff,

Case No.: 8:22-cv-00918-MSS-TGW

v.

SRETEN MARKOVIC, a/k/a SAM MARKOVIC,

    Defendant.
_____/

**MOTION FOR LEAVE TO FILE REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Local Rule 3.01(d), Plaintiff, Lincare Inc. ("Lincare"), respectfully moves this Court for entry of an order granting Lincare leave to file a reply to Defendant's Memorandum in Opposition to Plaintiff's Motion for Preliminary Injunction [Doc. 28] (the "Response"). In support, Lincare states as follows:

Lincare filed its Motion for Preliminary Injunction [Doc. 22] seeking an injunction against Defendant based on his violations of a non-compete covenant in Defendant's Employment Agreement with Lincare. The non-compete covenant is found in section 6(a) of the Employment Agreement, and it prohibits Defendant from directly or indirectly engaging in certain specified business within a defined territory. In his Response, Defendant argues that Defendant must be working at a SuperCare location within the territory for him to be violation of the non-compete covenant.

Defendant's focuses on a narrow reading of non-compete covenant in section 6(a) of the Employment Agreement.

However, section 6(b) of the Employment Agreement provides that the non-compete covenant in section 6(a) should be construed in a manner such that a former employee is in breach of the non-compete covenant if he or she is an employee or officer for an entity engaged in business in the territory. Accordingly, Lincare seeks leave to file a short reply to refute Defendant's argument that he must be working for a SuperCare location in the territory to be in violation of the non-compete covenant.

## **MEMORANDUM OF LAW**

Local Rule 3.01(c) provides that "[n]o party shall file any reply or further memorandum directed to [a] motion or response . . . unless the Court grants leave." A party moving for reply must show good cause and demonstrate that the reply brief will benefit the Court's resolutions of the pending motion. *Robinson v. National Credit Systems, Inc.,* 2018 WL 11252314 (M.D. Fla. 2018). Here, both criteria are met.

Defendant's Response is predicated on a narrow reading of the non-compete covenant that is refuted by the specific language of section 6(b) of the Employment Agreement. Lincare's reply will elaborate on section 6(b) of the Employment Agreement and explain in greater detail how Defendant's employment with SuperCare, at any location, is sufficient to constitute a breach of his non-compete covenant.

Based on the foregoing, there is good cause for the Court to allow Lincare to file a reply brief to rebut Defendant's arguments in greater detail. A short reply will

provide the Court with additional detail that will aid the Court's review and resolution of the underlying motion.

WHEREFORE, Plaintiff, Lincare Inc., respectfully requests this Court enter an order (1) granting Lincare leave to file a reply to the Response which will not exceed 4 pages and which will be filed within 5 days of the Court entering an order granting leave to file a reply; and (2) granting such further relief as the Court deems just and proper.

## Local Rule 3.01(g) Certification

Pursuant to Local Rule 3.01(g), Lincare's counsel has attempted to confer with Defendant's counsel regarding this motion but has not yet reached her. In accordance with Local Rule 3.01(g)(3), the undersigned will try diligently for the next three days to contact Defendant's counsel and will supplement this certification thereafter.

*/s/ Kenneth G. Turkel*
Kenneth G. Turkel – FBN 867233
E-mail: kturkel@tcb-law.com
David A. Hayes – FBN 096657
E-mail: dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, FL  33602
Phone: (813) 834-9191
Fax: (813) 443-2193
*Attorneys for Lincare Inc.*

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on October 14, 2022, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record.

              */s/ Kenneth G. Turkel*
              Attorney