DocuSign Envelope ID: DBA84CD5-1009-4E65-9BC0-BD49B2EE62DC

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINCARE INC.,

    Plaintiff,                             Case No.: 8:22-cv-00918-MSS-TGW

v.

SRETEN MARKOVIC, a/k/a SAM MARKOVIC,

    Defendant.

_____/

## **DECLARATION OF NILS GREVILLIUS**

Pursuant to 28 U.S.C. §1746, Nils Grevillius declares as follows:

1.     I am over the age of 18 and am otherwise competent to make this Declaration.

2.     I make this Declaration based on my personal knowledge.

3.     I am a private investigator who has investigated the whereabouts of Defendant, Sreten Markovic a/k/a Sam Markovic ("Markovic").

4.     Based on my investigation, I have determined that Markovic no longer resides in the United States and is presently in Montenegro.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 23, 2024.

*Nils Grevillius*
Nils Grevillius