UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINCARE INC.,

    Plaintiff,

v.

                                      Case No.: 8:22-cv-00918-MSS-TGW

SRETEN MARKOVIC, a/k/a SAM
MARKOVIC,

    Defendant.
_____/

## NOTICE OF ELECTION OF REMEDIES

Pursuant to the Court's directive in its order granting Plaintiff's Motion for Summary Judgment and Permanent Injunction [Doc. 77], Lincare Inc. ("Lincare") provides this notice that it elects to pursue its remedies associated with its breach of contract claims. Specifically, Lincare seeks to recover its damages, plus interest, associated with Defendant's fraudulent expense reporting scheme, the attorneys' fees and costs that Lincare has incurred in this case, and equitable relief (which has already been granted by the Court in its summary judgment order).

Respectfully submitted,

*/s/ Kenneth G. Turkel*
Kenneth G. Turkel – FBN 867233
E-mail:  kturkel@tcb-law.com
David A. Hayes – FBN 096657
E-mail:  dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, FL  33602
Tel: (813) 834-9191 | Fax: (813) 443-2193
*Attorneys for Lincare Inc.*

2

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on March 25, 2024, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record. I further certify that a copy of this motion will be served to Defendant via email and U.S. Mail at the following last known addresses:

Sreten Markovic  
274 Jamie Loop  
Roseburg, OR 97491  
crnagora@charter.net

                                                  */s/ Kenneth G. Turkel*  
                                                  Attorney