UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINCARE INC.,

    Plaintiff,                                       Case No.: 8:22-cv-00918-MSS-TGW

v.

SRETEN MARKOVIC, a/k/a SAM
MARKOVIC,

    Defendant.
_____/

## NOTICE OF FILING DECLARATION OF PAULA ADAMS IN SUPPORT OF DAMAGES AND NOTICE OF ENTITLEMENT TO TREBLE DAMAGES

In connection with Lincare's election of remedies [Doc. 80] and the Court's forthcoming final judgment [*see* Doc. 77], Lincare provides this notice of filing the Declaration of Paula Adams in support of damages and notice of entitlement to treble damages:

1.    As a result of Defendant's fraudulent scheme, Lincare paid Defendant $149,083.00 as a result of expense reports submitted by Defendant that were fraudulent, that included expenses Defendant never incurred, and/or that violated Lincare's expense reimbursement policy. *See* Declaration of Paula Adams attached as **Exhibit A**.

2.    Based on the Court's order granting summary judgment on Lincare's civil theft claim [Doc. 77, pp. 9-10], Lincare's damages of $149,083.00 should be

trebled for a total amount of $447,249.00, plus interest, costs, and attorneys' fees. *See* § 772.11, Florida Statutes.

Respectfully submitted,

*/s/ Kenneth G. Turkel*
Kenneth G. Turkel – FBN 867233
E-mail: kturkel@tcb-law.com
David A. Hayes – FBN 096657
E-mail: dhayes@tcb-law.com
TURKEL CUVA BARRIOS, P.A.
100 North Tampa Street, Suite 1900
Tampa, FL 33602
Phone: (813) 834-9191
Fax: (813) 443-2193
*Attorneys for Lincare Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 1, 2024, the foregoing document was filed with the Court's CM/ECF system, which will send electronic notice to all counsel of record. I further certify that a copy of this motion will be served to Defendant via email and U.S. Mail at the following last known addresses:

Sreten Markovic
274 Jamie Loop
Roseburg, OR 97491
crnagora@charter.net

*/s/ Kenneth G. Turkel*
Attorney

*Lincare, Inc. v. Markovic*
Case No: 8:22-cv-00918

<br>

Exhibit A to Plaintiff's Notice of Filing
Declaration of Paula Adams

LINCARE INC.,

    Plaintiff,

Case No.: 8:22-cv-00918-MSS-TGW

v.

SRETEN MARKOVIC, a/k/a SAM MARKOVIC,

    Defendant.

_____/

## DECLARATION OF PAULA ADAMS

Pursuant to 28 U.S.C. §1746, Paula Adams declares as follows:

1. I am over the age of 18 and am otherwise competent to make this Declaration.

2. I make this Declaration based on my personal knowledge and my review of the business records of Lincare Inc. ("Lincare") maintained in the ordinary course of business, as well as those business records maintained in the ordinary course of business of Lincare's parent and subsidiary companies.

3. I am Lincare's Head of Employee Relations, and I am familiar with Lincare's expense reimbursement policy.

4. Lincare conducted an internal review and analysis of the expenses Sam Markovic ("Markovic") submitted to Lincare for reimbursement for the period between January 2018 and March 2022, as well the payments Lincare made to Markovic as a result of those submissions.

1

5. Through its investigation, Lincare determined that Markovic submitted reimbursement requests to Lincare for expenses totaling $149,083.00 that were fraudulent, that Markovic never incurred, and/or that violated Lincare's expense reimbursement policy.

6. As a result of these reimbursement requests, Lincare paid Markovic at least $149,083.00 to which he was not entitled.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 25, 2024.

_Paula Adams_
Paula Adams